IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AARON PRATER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 23-cv-2572 |
| JOHNSON COUNTY COMMUNITY COLLEGE, LEROY COX, JERRY MARCELLUS, LARRY MCCLOUD and LEE CROSS | ) ) ) ) ) |
| Defendants. | ) ) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Johnson County Community College (JCCC) and Larry McCloud (McCloud) hereby give notice of the removal of the case styled *Prater v. Johnson County Community College et al.*, No. 23CV05079 (Tenth Judicial District, District of Johnson County, Kansas), to the United States District Court for the District of Kansas. JCCC and McCloud state the following grounds for removal:

1. On September 14, 2023, Aaron Prater (the "Plaintiff") commenced this action in the Tenth Judicial District, District of Johnson County, Kansas, by filing his Petition.

2. Plaintiff served a copy of his Petition on JCCC on December 12, 2023. Plaintiff has yet to serve McCloud. This Notice of Removal is filed within 30 days of JCCC being served with the Petition.

3. As of the date of this filing, no other defendant has been served. Therefore, no other defendant's consent is required for removal. *See Klima Well Serv., Inc. v. Hurley*, 2014 WL 6819463, at *2-3 (D. Kan. 2014).

4. Plaintiff's Petition consists of three counts: Count II alleges a claim against Defendants Cox, Marcellus, McCloud, and Cross, under 42 U.S.C. § 1983 for retaliation in violation of the First Amendment. Count I asserts a retaliatory discharge claim against JCCC under Kansas common law. Count III asserts a breach of contract claim against JCCC under Kansas common law. All claims arise from the same transaction of fact, namely, the facts and circumstances of Plaintiff's termination from employment at JCCC and Plaintiff's assertion that such termination was the result of an intent to retaliate against him by JCCC and the other defendants.

5. Plaintiff's claim for violations of 42 U.S.C. § 1983 arises under federal law and contains substantial federal questions necessary for its resolution.

6. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States.

7. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's state-law claims because they form part of the same case or controversy as his claim under federal law.

8. Because of this Court's original jurisdiction over Plaintiff's 42 U.S.C. § 1983 claim, removal of this action is proper pursuant to 28 U.S.C. § 1441(a) and (c).

9. This Court may exercise supplemental jurisdiction over Plaintiff's remaining claims pursuant to 28 U.S.C. § 1367 and 28 U.S.C. § 1441(c).

10. The filing of this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it is within thirty (30) days of receipt by JCCC, through service or otherwise, of a copy of Plaintiff's Petition, and because McCloud has yet to be served and, therefore, the time for McCloud to remove has not expired.

11. A copy of Plaintiff's Petition is attached hereto as Exhibit 1.

12. Pursuant to 28 U.S.C. § 1446(a) and D. Kan. Rule 81.2, JCCC and McCloud will file a copy of the current docket as well as all process, pleadings, and orders in this action. Plaintiff has not served, and JCCC and McCloud have not received, any other process, pleadings, or orders.

13. After the filing of this Notice of Removal, JCCC and McCloud will file a copy of this Notice with the Clerk of Court of the Tenth Judicial District, District of Johnson County, Kansas, and will provide notice to Plaintiff, all as provided by 28 U.S.C. § 1446(d).

14. JCCC and McCloud hereby demand a trial by jury on all issues so triable and designates Kansas City, Kansas as the place of trial.

15. By filing this notice of removal, JCCC and McCloud do not waive, and expressly preserve, all immunities they enjoy under federal and state law.

WHEREFORE, Defendants JCCC and McCloud state that they have divested the state court of jurisdiction by filing with that Court a Notice of Filing this Notice of Removal, and request that this Court proceed with adjudication of this matter.

Date:   December 27, 2023            Respectfully submitted,

/s/ Derek T. Teeter
DEREK T. TEETER    KS BAR NO. 23242
MICHAEL T. RAUPP    KS BAR NO. 25831
HUSCH BLACKWELL LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 (FAX)
derek.teeter@huschblackwell.com
michael.raupp@huschblackwell.com

***Attorneys for Defendants JCCC and Larry McCloud***

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, a true and correct copy of the foregoing was served via United States mail, postage prepaid, upon:

Theodore J. Lickteig
Lickteig Law Firm, LLC
12760 W. 87th Street, Suite 112
Lenexa, KS 66215-2878
tjllawoffice@planetkc.com

*Attorney for Plaintiff*

and I also filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ Derek T. Teeter
*Attorney for Defendants JCCC and Larry McCloud*