**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **AARON PRATER**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) **Case No. 23-cv-2572** |
| **JOHNSON COUNTY COMMUNITY COLLEGE**, **LEROY COX, JERRY MARCELLUS, LARRY MCCLOUD and LEE CROSS** | ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF FILING NOTICE TO STATE COURT OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on December 27, 2023, Defendants Johnson County Community College and Larry McCloud filed their Notice to State Court of Filing of Notice of Removal with the Tenth Judicial District, District of Johnson County, Kansas, and a copy of the same was served electronically via the Court's JIMS system and by United States mail, postage prepaid upon:

Theodore J. Lickteig
Lickteig Law Firm, LLC
12760 W. 87th Street, Suite 112
Lenexa, KS 66215-2878
tjllawoffice@planetkc.com

*Attorney for Plaintiff*

Respectfully submitted,

/s/ Derek T. Teeter
DEREK T. TEETER       KS BAR NO. 23242
MICHAEL T. RAUPP   KS BAR NO. 25831
HUSCH BLACKWELL LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 (FAX)
derek.teeter@huschblackwell.com
michael.raupp@huschblackwell.com

***Attorneys for Defendant JCCC and Larry McCloud***

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, a true and correct copy of the foregoing was served via United States mail, postage prepaid, upon:

Theodore J. Lickteig
Lickteig Law Firm, LLC
12760 W. 87th Street, Suite 112
Lenexa, KS 66215-2878
tjllawoffice@planetkc.com

***Attorney for Plaintiff***

and I also filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ Derek T. Teeter
***Attorney for Defendant JCCC and Larry McCloud***